# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-08-0887 |
| § | |
| DOMINGO Y. RAMIREZ, *Individually*, § | |
| *and d/b/a Orchard Beer Parlor*, § | |
| § | |
| Defendant. § | |

## ORDER OF PENDING DISMISSAL

This action against Domingo Y. Ramirez, an individual, has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P., and 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed by **September 15, 2008**, this case will be automatically dismissed, without prejudice. The initial pretrial and scheduling conference set for August 29, 2008 is canceled. It will be reset, if appropriate.

SIGNED on August 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge